13297

GRAY v. THOMAS *ET AL.*

(161 S. E., 743)

422

424

433

434

*Messrs. Padgett & Moorer* and *J. Heyward Jenkins,* attorneys for Estate of Edwin Denby, appellants,

*Mr. W. Brantley Harvey,* for respondent.

December 10, 1931.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

It is the opinion of this Court that the decree of his Honor, Circuit Judge Bonham, which will be reported, correctly disposed of the issues involved in the cause. Accordingly, the exceptions of the appellant are overruled, and the decree is affirmed.

MESSRS. JUSTICES STABLER and CARTER and C. C. FEATHERSTONE, CIRCUIT JUDGE, concur.

MR. JUSTICE COTHRAN did not participate on account of illness.